**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SULEYMA V.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

-----------------------------------------------------------------X

25 **CIVIL** 09642 (GRJ)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated October 12, 2026, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 19) is GRANTED and this case is REMANDED for further administrative proceedings consistent with this Decision and Order; accordingly, this case is closed.

**Dated:** New York, New York

October 15, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**